AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA | | **CRIMINAL COMPLAINT** |
| V. | | |
| **Joshua Wade Dutton** | | Case Number: | **3-06-MJ-00103-JDR** |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **03-12-2006 through to 3-17-2006** (Date) in _____ County, in the District of **Alaska** defendant(s) did,

*(Track Statutory Language of Offense)*

Joshua Wade DUTTON did knowingly possess, in or affecting commerce, one loaded firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of Alaska at Juneau, Case No. 05-S05-562 CR.

in violation of Title **18** United States Code, Section(s) **922 (g)(1)**

I further state that I am a(n) **ATF Special Agent** and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT REBECCA BOBICH

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☐ No

| | /s/ Rebecca A. Bobich |
| | Signature of Complainant |
| | Rebecca A. Bobich |
| | Printed Name of Complainant |

Sworn to before me and signed in my presence,

| | at | Anchorage, Alaska |
| Date  June 15, 2006 | | City and State |

| Mary E. Guss, United States Magistrate Judge | | **/s/ Mary E. Guss [seal affixed]** |
| Name and Title of Judge | | Signature of Judge |