DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-103-JDR |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| vs. | ) | |
| JOSHUA DUTTON, | ) | |
| Defendant. | ) | |

    COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney David A. Nesbett is appear as counsel for the for Plaintiff United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

DAVID A. NESBETT
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

In addition, the government request that the Court no longer serves pleadings in the above-captioned case on Deborah M. Smith, Acting United States Attorney now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 19th day of June, 2006 at Anchorage, Alaska

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ David A. Nesbett
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3668
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov