DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| v. | ) | Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| JOSHUA WADE DUTTON, | ) | CRIMINAL FORFEITURE |
| | ) | Vio. 18 U.S.C. § 924(d)(1) |
| Defendant. | ) | |
| | ) | |
| | ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between on or about March 12, 2006, and March 21, 2006, in the District of Alaska, the defendant, JOSHUA WADE DUTTON, did knowingly possess in or affecting commerce, a firearm, to wit: a Luger Hi-Point 9mm caliber semiautomatic handgun, model C9, serial number P1218864, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 2

As a result of committing the offense alleged in Count 1 of the Indictment, and upon conviction of Count 1, an offense punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one Luger Hi-Point

//

//

//

9mm caliber semiautomatic handgun, model C9, serial number P1218864, pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

<u>s/ Grand Jury Forperson</u><br>
GRAND JURY FOREPERSON

<u>s/ David A. Nesbett</u>
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

<u>s/ Deborah M. Smith</u>
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: <u>6/20/06</u>