```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs **JOSHUA WADE DUTTON**        CASE NO: **1:06-cr-00001-JWS-PMP**
Defendant: **X** Present   **X** In Custody

BEFORE THE HONORABLE   **PHILIP M. PALLENBERG, MAGISTRATE JUDGE**

DEPUTY CLERK/RECORDER:   **SUSAN EVANS**

UNITED STATES ATTORNEY:   **DAVID NESBETT\***

DEFENDANT'S ATTORNEY:   **RICH CURTNER\***

U.S.P.O.:            **PAULA McCORMICK\***

**\*** Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT/DETENTION HEARING
             Held: June 22, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:43 p.m. court convened.

**X** Copy of Ind given to defendant: read

**X** Defendant advised of general rights.

**X** Defendant advised of charges and penalties.

**X** PLEA(S) Not Guilty to Counts **1 & 2 of the Indictment**

**X** Defendant detained/Detention Hearing set for **JUNE 28, 2006 @ 1:30 p.m.**

**X** Order of Detention Pending Hearing **FILED.**

**X** Discovery to close on or before **JUNE 27, 2006.**

**X** Pretrial motions due on or before **JULY 14, 2006.**

**X** Counsel advised of Final Pretrial date: **AUGUST 21, 2006 @ 8:30 a.m.**

**X** Counsel advised of Trial date: **AUGUST 21, 2006 @ 9:00 a.m.**

Adjourned at 1:54 p.m.

DATE: **June 22, 2006**   DEPUTY CLERK'S INITIALS: **SE**