Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00001-JWS |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| JOSHUA WADE DUTTON, | |
| Defendant. | |

Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska,

hereby enters her appearance as counsel for the Defendant JOSHUA WADE DUTTON in

the above-captioned action.

DATED this 26th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on June 26, 2006,
a copy of the **Entry of Appearance**
was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter