Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA WADE DUTTON,<br><br>　　　　　　Defendant. | NO. 1:06-cr-00001-JWS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　Rich Curtner hereby notifies the Court that he is no longer an active participant in *United States v. Joshua Wade Dutton*, Case No. 1:06-cr-0001-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　DATED this 26th day of June 2006.
　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on June 26, 2006,
a copy of the **Notice of Termination
of Service** was served electronically
on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter</u>