Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSHUA WADE DUTTON,<br><br>           Defendant. | Case No. 1:06-cr-00001-JWS<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

   The defendant, JOSHUA WADE DUTTON, through counsel, notifies the court of his intention to change his plea.  There is no written plea agreement.

   Mr. Dutton requests that the court vacate the final pretrial conference and trial scheduled for August 21, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.

DATED this 10th day of August, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:

I certify that on August 10, 2006,
a copy of this document was
served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter