UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> JOSHUA WADE DUTTON </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO. <u> 1:06-cr-00001-JWS </u>

<u>Linda Christensen</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 11, 2006</u>

    The final pre-trial conference and trial by jury are **VACATED**.  A hearing to consider defendant's proposed change of plea will be held at 9:30 AM on August 16, 2006, in Anchorage.

[ ]{IA.WPD*Rev.12/96}