NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-CR-0001-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
| | ) | MEMORANDUM |
| JOSHUA DUTTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, JOSHUA DUTTON, who is scheduled to be sentenced on November 3, 2006.  For the reasons provided below, the government concurs with the recommendations made by the final presentence report ("PSR"), and recommends a sentence at the high end of the range of 57-71 months.

I.   BACKGROUND

On August 24, 2006, the defendant pled guilty to the following count of the Indictment: felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The defendant also admitted to Count 2 of the Indictment, criminal forfeiture, in accordance with 18 U.S.C. § 922(d)(1). During his plea colloquy, Dutton, who had previously been convicted of a felony, admitted that in March of 2006 he possessed a firearm. The firearm had been transported in interstate commerce.

II.   SENTENCING CALCULATION

A.   Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Count 1 of the Indictment is ten (10) years imprisonment, a $250,000 fine, three (3) years of supervised release, and a $100 special assessment.

B.   Sentencing Guidelines Calculation

The guideline imprisonment range pursuant to the United States Sentencing Guidelines is 57-71 months.

III.   GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence at the high end of the sentencing range or 68 months.

As alleged in the police reports, the driver of the vehicle at the scene of the shooting on March 12, 2006, identified the defendant as the shooter. Based on the statements of the driver, and other information as well, officers were able to obtain an arrest warrant for the defendant. The defendant was found approximately 10 days later in possession of a handgun. The crime lab was able to determine that shell casings from the scene of the shooting were shot from the gun found in the defendant's possession. The government intends to call as a witness at the sentencing hearing, the driver of the vehicle to help establish that Dutton was the shooter and in fact is subject to the four-level enhancement.

Moreover, Dutton fired those shots at an apartment building occupied by innocent people. The bullets entered the apartment and thus endangered the lives of those inside. The defendant's conduct was extremely dangerous and could have easily resulted in the death of elderly citizens.

When considering the sentencing factors in 18 U.S.C. § 3553, therefore, a sentence of 68 months is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)   **68 months in custody**;

(2)   **No fine is requested** due to the defendant's inability to pay;

(4)   **A three (3) year period of supervised release,** and

(5)   **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this 27th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, a copy of the foregoing was served electronically on:

Sue Ellen Tatter

s/ David A. Nesbett