MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JOSHUA WADE DUTTON*

THE HONORABLE JOHN W. SEDWICK          1:06-cr-00001-JWS (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: November 3, 2006

The court continued the imposition of sentence to 8:30 AM on Tuesday, November 14, 2006, without realizing this conflicted with a dental appointment which has been scheduled for some time. It is necessary to change the time of day on November 14, 2006. Accordingly, the imposition of sentence is hereby **CONTINUED** to **2:00 PM** on **November 14, 2006**, at Anchorage.