```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u> JOSHUA WADE DUTTON </u>   CASE NO.<u> 1:06-cr-00001-JWS </u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:<u>          JOHN W. SEDWICK                  </u>

DEPUTY CLERK/RECORDER:<u>          ROBIN M. CARTER                 </u>

UNITED STATES' ATTORNEY:<u>        DAVID NESBETT                   </u>

DEFENDANT'S ATTORNEY:<u>           SUE ELLEN TATTER                </u>

U.S.P.O.:<u>                       TIM ASTLE                       </u>

PROCEEDINGS: STATUS CONFERENCE (IMPOSITION OF SENTENCE) HELD
             11/03/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

Court and counsel heard re government counsel's oral motion to continue this matter; **GRANTED**. Imposition of sentence continued to **November 14, 2006 at 8:30 a.m.**

At 8:39 a.m. court adjourned.

DATE:<u> November 3, 2006   </u>    DEPUTY CLERK'S INITIALS:<u>   Rmc   </u>