```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. JOSHUA WADE DUTTON         CASE NO. 1:06-cr-00001-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER

U.S.P.O.:                       TIM ASTLE

PROCEEDINGS: CONTINUED IMPOSITION OF SENTENCE
             HELD NOVEMBER 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

 X  Notice of Appeal form given to defendant.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Imprisonment for a period of 57 months on Count 1 of the
    Indictment.

 X  Defendant placed on supervised release for a period of  3
    years on Count 1 of the Indictment under the usual terms and
    conditions with special conditions of supervised release as
    stated in the judgment.

 X  Special Assessment $ 100.00 , due immediately.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Court adopted the presentence report. Keaton Miller
    sworn and testified on behalf of the plaintiff. Court and counsel
    heard re 4 level offense increase. Court recommended that the
    defendant serve his time at the Facility located in Victorville,
    California and strongly recommended that the defendant
    participate in the 500 hour drug and alcohol program. Defendant
    to forfeit the defendant's interest in the property to the United
    States as directed on Count 2 of the Indictment. Appeal rights
    given. Payment Coupon given to defendant. Witness List filed
    separately.

At 3:00 p.m. court adjourned.

DATE:    November 14, 2006        DEPUTY CLERK'S INITIALS:    ak